UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN ODELL LANGFORD,<br><br>　　　　　　　　Plaintiff<br><br>　　v.<br><br>D. BEQUETTE, et al.,<br><br>　　　　　　　　Defendants | Case No.  3:19-cv-00272-MMD-WGC<br><br>ORDER |

**I.　DISCUSSION**

Plaintiff seeks an extension of 15 days to file his first amended complaint. (ECF No. 5.) The Court grants the motion for an extension of time. Plaintiff shall file his first amended complaint on or before June 12, 2020. If Plaintiff fails to file a timely first amended complaint, this action will be dismissed with prejudice for failure to state a claim. (*See* ECF No. 3 at 8.)

**II.　CONCLUSION**

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 5) is granted.

It is further ordered that Plaintiff shall file his first amended complaint on or before June 12, 2020.

It is further ordered that, if Plaintiff fails to timely file his first amended complaint, this action will be dismissed with prejudice for failure to state a claim.

DATED THIS  11th day of May 2020.

　　　　　　　　　　　　　　　　*William G. Cobb*
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE